**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

-------------------------------------------------------------------------x

Amram Benbenisti, individually and on behalf of all
others similarly situated,

                                   Plaintiff,

        -v.-

Midland Credit Management, Inc., Midland Funding
LLC

                                 Defendants.

-------------------------------------------------------------------------x

Civil Action No:
1:21-cv-24281

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

for the Plaintiff, and Defendants in the above captioned action, that whereas no party hereto is an

infant, incompetent person for whom a committee has been appointed or conservatee, and no

person not a party has an interest in the subject matter of the action, that this action is dismissed

with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal

Rules of Civil Procedure.

**Dated:** October 21, 2022

| For Plaintiff Amram Benbenisti | For Defendant Midland Credit Management, Inc., Midland Funding LLC |
|---|---|
| */s/ Justin Zeig*<br>Justin Zeig, Esq.<br>Zeig Law Firm, LLC<br>3475 Sheridan Street, Ste 310<br>Hollywood, FL 33021<br>justin@zeiglawfirm.com | */s/ Lauren Marshall Burnette*<br>Lauren Marshall Burnette<br>Messer Strickler Burnette, Ltd<br>12273 San Jose Blvd Suite 718<br>Jacksonville, FL 32223<br>lburnette@messestrickler.com |

## CERTIFICATE OF SERVICE

1

I certify that on October 21, 2022 a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Justin Zeig
Justin Zeig
Zeig Law Firm, LLC
3475 Sheridan Street, Ste 310
Hollywood, FL 33021
justin@zeiglawfirm.com
*Attorneys for Plaintiff*